IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CAROLYN J. COBB | * | |
| Plaintiff | | |
| | * | |
| vs. | | Civil No.: L-00-3522 |
| | * | |
| PHARMAKINETICS LABORATORIES | * | |
| Defendant | | |

******

## ORDER

Plaintiff(s) having failed to serve the summons and complaint upon the above named defendant(s) within 120 days after the filing of the complaint, it is, this 3RD day of April, 2001,

ORDERED that plaintiff show good cause within 14 days of the date of this Order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

Benson Everett Legg
United States District Judge

U.S. District Court (Rev. 1/2000)

